# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.:  14-27418-BKC-JKO**
PROCEEDING UNDER CHAPTER 13

IN RE:

ELIECER CUADRADO
XXX-XX-9706
IBALDIS E. MARTINEZ
XXX-XX-0467

DEBTORS_____/

### OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE
### OF COURT GENERATED HEARING

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 8 |
| **Claimant:** | Ocwen Loan Servicing, LLC |
| **Reason:** | The Proof of Claim was filed after the Claims Bar Date. |
| **Disposition:** | Sustain Objection and disallow claim. |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 11th day of April, 2019.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

OBJECTION TO CLAIM
CASE NO.:  14-27418-BKC-JKO

## COPIES FURNISHED TO:

### DEBTORS
ELIECER CUADRADO
IBALDIS E. MARTINEZ
6911 SW 9 ST
PEMBROKE PINES, FL  33023-1624

### ATTORNEY FOR DEBTORS
RICARDO CORONA, ESQUIRE
3899 NW 7TH STREET
SUITE 202-B
MIAMI, FL  33126

### CREDITOR
Ocwen Loan Servicing, LLC
1661 Worthington Road
Suite 100
West Palm Beach,  FL  33409

### ADDITIONAL CREDITORS
CORPORATION SERVICE COMPANY
REGISTERED AGENT FOR OCWEN LOAN SERVICING, LLC
1201 HAYS STREET
TALLAHASSEE, FL  32301

OCWEN LOAN SERVICING, LLC
C/O BANKRUPTCY DEPARTMENT
POB 24605
WEST PALM BEACH, FL  33416-4605

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVENUE SUITE 100
BOCA RATON, FL  33487

RONALD FARIS, PRESIDENT
1661 WORTHINGTON RD, SUITE 100
OCWEN LOAN SERVICING, LLC
WEST PALM BEACH, FL  33409